GERALD M. WELT, SBN 1575
Attorney at Law
CYRUS SAFA
Attorney at Law, SBN 13241
    12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, California 90670
    Phone: 562-868-5886
    Fax: 562-868-5491
    rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone: 415-977-8954
    Fax: 415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN E. O'LEARY, | Case No: 2:16-cv-00865-GMN-CWH |
|     Plaintiff | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **(First Request)** |
|     Defendant. | |

-1-

Plaintiff Shawn E. O'Leary (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to an extension of time for the Commissioner to file her Cross-Motion To Affirm by thirty days from October 3, 2016 to November 2, 2016.  This is the Commissioner's first request for an extension.

///

///

///

///

///

///

///

///

///

///

///

///

There is good cause because, since Plaintiff filed her Motion For Reversal And/Or Remand (Plaintiff's Motion), counsel has been handling a large number of District Court and Ninth Circuit cases in addition to this one, with seven briefs due within the next twenty-four days. Additionally, the Commissioner's counsel has had numerous other deadlines, including a District Court brief filed September 30, 2016, five other District Court briefs filed, as well as several end-of-fiscal year training courses, a number of conferences in an employment case, a settlement agreement, and multiple mentoring and reviewing duties in the Office of the General Counsel.  Counsel was also out of the office for approximately two days.  As result, the Commissioner needs additional time

to respond properly to the issues Plaintiff raised in her Motion.  Plaintiff has no objection.

                                              Respectfully submitted,

Date:   October 3, 2016          GERALD M. WELT
                                              Attorney at Law

                                 By:     */s/\* Cyrus Safa*
                                              CYRUS SAFA
                                              *by email authorization on 10/3/16

                                              Attorneys for Plaintiff

Date:   October 3, 2016          DANIEL G. BOGDEN
                                              United States Attorney
                                              BLAINE T. WELSH
                                              Chief, Civil Division

                                 By:     */s/ April A. Alongi*
                                              APRIL A. ALONGI
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

                                              IT IS SO ORDERED.

DATE:  October 4, 2016
                                              THE HONORABLE C.W. HOFFMAN, JR.
                                              United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm (First Request) to be served, via CM/ECF notice, on:

    CYRUS SAFA
    Attorney at Law
        rohlfing.office@rohlfinglaw.com

                            Respectfully submitted,

Date:   October 3, 2016          DANIEL G. BOGDEN
                                     United States Attorney
                                     BLAINE T. WELSH
                                     Chief, Civil Division

                          By:   */s/ April A. Alongi*
                                 APRIL A. ALONGI
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant