**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHAWN E. O'LEARY,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No.: 2:16-cv-00865-GMN-CWH

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN**

    Before the Court for consideration is the Report and Recommendation, (ECF No. 22), of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered March 3, 2017.

    Pursuant to Local Rule IB 3-2(a), objections were due by March 17, 2017. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Hoffman's recommendations that Plaintiff's Motion to Remand, (ECF No. 17), be denied, and Defendant's cross-Motion to Affirm, (ECF No. 20), be granted. Therefore, the Court has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 22),
2 is **ACCEPTED and ADOPTED in full.**
3 **IT IS FURTHER ORDERED** that Defendant's cross-Motion to Affirm, (ECF No. 20),
4 is **GRANTED**.
5 **IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand, (ECF No. 17), is
6 **DENIED**.
7 The Clerk of Court shall close the case and enter judgment accordingly.
8 **DATED** this __28__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge